IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ENTERGY TEXAS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:16-CV-277-RP |
| DONNA L. NELSON, *in her official capacity as Chairman of the Public Utility Commission of Texas*, et al., | § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause of action. On this day, the Court entered an order granting Plaintiff Entergy Texas, Inc.'s requested relief. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS DECLARED** that the final order of the Public Utility Commission of Texas in its Docket No. 42730, requiring ETI to refund $10.9 million to Texas ratepayers, violates the filed-rate doctrine under the Supremacy Clause of the United States Constitution.

**IT IS THEREFORE ORDERED** that Defendants are **ENJOINED** from enforcing the order to that extent against Plaintiff.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED** and that each party shall bear their own attorney's fees and costs of court.

**IT IS FURTHER ORDERED** that all hearing and trial settings are hereby **CANCELED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on December 19, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE