# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **ENTERGY TEXAS, INC.**, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 1:16-CV-00277-RP |
| | § § | |
| **DONNA NELSON**, Chairman of the Public Utility Commission of Texas, | § § § | |
| **BRANDY MARTY MARQUEZ**, Commissioner of the Public Utility Commission of Texas, and | § § § § § | |
| **KENNETH W. ANDERSON**, Commissioner of the Public Utility Commission of Texas, | § § § § | |
| Defendants. | § | |

## <u>INTERVENOR-DEFENDANT'S NOTICE OF APPEAL</u>

Intervenor-Defendant Texas Industrial Energy Consumers appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Final Judgment that were signed on December 19, 2016.

 

Respectfully submitted,

*/s/ Rex D. VanMiddlesworth*
Rex VanMiddlesworth
State Bar No. 20449400
rexvanm@tklaw.com
Michael McMillin
State Bar No. 24088034
michael.mcmillin@tklaw.com

Thompson & Knight LLP
98 San Jacinto Blvd., Suite 1900
Austin, Texas  78701
(512) 469.6100
(512) 469.6180 FAX

**ATTORNEYS FOR TEXAS INDUSTRIAL ENERGY CONSUMERS**

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John W. Williams
State Bar No. 21554100
Marnie A. McCormick
State Bar No. 00794264
Duggins Wren Mann & Romero, LLP
P. O. Box 1149
Austin, Texas 78767-1149
jwilliams@dwmrlaw.com
mmccormick@dwmrlaw.com
*Counsel for Plaintiff, Entergy Texas, Inc.*

John R. Hulme
Kellie E. Billings-Ray
Office of the Attorney General
Environmental Protection
Division  P. O. Box 12548,
MCC-066
Austin, Texas 78711-2548
John.Hulme@texasattorneygeneral.gov
Kellie.Billings-Ray@texasattorneygeneral.gov
*Counsel for Defendants,
Commissioners of the Public Utility Commission of Texas*

Daniel J. Lawton
Molly Mayhall Vandervoort
Lawton Law Firm, P.C.
12600 Hill Country Blvd., Ste. R275
Austin, Texas 78738

dlawton@ecpi.com
molly@mayhallvandervoort.com
*Counsel for Intervenor, Cities*

      */s/ Michael McMillin*
Michael McMillin